**John MILKOVITS, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent,**

and

**Department of Homeland Security, Intervenor.**

No. 2008–3212.

United States Court of Appeals, Federal Circuit.

Dec. 8, 2008.

---

Donald P. Russo, Law Offices of Donald P. Russo, of Bethlehem, Pennsylvania, argued for petitioner.

Joyce G. Friedman, Attorney, Office of the General Counsel, United States Merit Systems Protection Board, of Washington, DC, argued for respondent. With her on the brief were B. Chad Bungard, General Counsel, and Calvin M. Morrow, Acting Assistant General Counsel.

Tara J. Kilfoyle, Trial Attorney, Civil Division, United States Department of Justice, of Washington, DC, argued for intervenor. With her on the brief were Gregory G. Katsas, Assistant Attorney General, Jeanne E. Davidson, Director and Todd M. Hughes, Deputy Director.

Before LOURIE, CLEVENGER, and LINN, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.